IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS J. WILLIAMS,<br>            Plaintiff,<br>     v.<br>JON N. SY, STEVE HALE, JAMES A. BAKER, MIKE MILLER, JERRY W. BREZINA, and DOES 1 thorough 100, inclusive,<br>            Defendants. | No. C-05-00322 RMW<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR DISQUALIFICATION |

Plaintiff Douglas Williams, proceeding *in pro per*, claims the following in his complaint against defendants Jon Sy, Steve Hale, James A. Baker, Mike Miller, and Jerry Brezina: fraudulent inducement to contract, defamation under California Civil Code §§ 43-46, intentional infliction of emotional distress, and conspiracy to interfere with civil rights under U.S.C. §§ 1983, 1985(3) and 18 U.S.C. § 241. Defendants have moved to dismiss his complaint for lack of subject matter jurisdiction, insufficiency of service of process and failure to state a claim upon which relief may be granted. Plaintiff has not opposed the motion, which is set for hearing on Friday, July 1, 2005 at 9:00 a.m.

On Monday, June 27, 2005, plaintiff submitted a letter to the court requesting his case be reassigned because plaintiff discovered that counsel for defendant, Todd Kenneth Boyer, was once a volunteer extern for the undersigned. Plaintiff asks that the undersigned be disqualified to address potential bias against him.

ORDER DENYING PLAINTIFF'S REQUEST FOR DISQUALIFICATION—C-05-00322 RMW
MAG

1  The court confirms that Mr. Boyer worked in chambers as a student extern for approximately three
2  months in fall 1998. However, that fact in and of itself does not demonstrate that a judge has "a personal bias
3  or prejudice either against [plaintiff] or in favor of [defendants]", 28 U.S.C. § 144, nor does it provide grounds
4  upon which a judge's "impartiality might reasonably be questioned." *Id.* § 455(a). Plaintiff's concerns regarding
5  bias or prejudice are not well taken, thus, the court declines to reassign the case.

7  DATED:  6/28/05                    /s/ Ronald M. Whyte
                                       RONALD M. WHYTE
8                                      United States District Judge

1  **Notice of this document has been sent to:**

2  **Plaintiffs:**
Douglas J. Williams
3  Post Office Box 52198
Pacific Grove, Ca 93950
4  PRO SE

5  **Counsel for Defendant(s):**
Ronald J. Holland
6  Todd Kenneth Boyer
Littler Mendelson, P.C.
7  650 California Street, 20th Fl.
San Francisco, CA 94108
8

9  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.
10

11

12
**Dated:**          6/28/05                              /s/ MAG
13                                                **Chambers of Judge Whyte**

ORDER DENYING PLAINTIFF'S REQUEST FOR DISQUALIFICATION—C-05-00322 RMW
MAG                                                3